**Order filed April 29, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01011-CV
_____

### METROPOLITAN TRANSIT AUTHORITY, Appellant

### V.

### ALBERTO MENDOZA, Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2016-24800**

## O R D E R

The clerk's record was filed February 3, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintiff's Proposed Charge of the Court filed September 29, 2019.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 13, 2021, containing Plaintiff's Proposed Charge of the Court filed September 29, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.